**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:13-CV-269-MOC-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| APPROXIMATELY $207,706.08 IN UNITED STATES FUNDS, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Stay" (Document No. 5) filed July 5, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, and for good cause shown, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Stay" (Document No. 5) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff shall file a Status Report on or before **October 11, 2013**.

**SO ORDERED**.

Signed: July 8, 2013

David C. Keesler
United States Magistrate Judge